MARIE PATRAKES et al., Appellants, v. BEE LINE, INC., Respondent.— In an action by the plaintiff wife to recover damages for personal injuries and by her husband for medical expenses and loss of services, plaintiffs appeal from an order of the Supreme Court, Queens County, dated August 5, 1960, granting defendant's motion, pursuant to rule 113 of the Rules of Civil Practice, for summary judgment dismissing the complaint. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

ANDREW L. PEZZICA, Respondent, v. GEORGE CIBENER et al., Appellants.— In an action to recover damages for false arrest and malicious prosecution, defendants appeal from so much of an order of the Supreme Court, Queens County, dated September 1, 1960, as denies their motion, pursuant to rule 156 of the Rules of Civil Practice, to dismiss the complaint for lack of prosecution on condition that the action be "placed upon the October 1960 Calendar". Order insofar as appealed from affirmed, without costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT A. CAMPBELL, Appellant.— Appeal by defendant from a judgment of the County Court, Westchester County, rendered February 27, 1959, convicting him, after a jury trial, of forgery in the second degree, and sentencing him, as a second felony offender, to serve a term of five to six years. Judgment affirmed. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL D'AMBROSIA, Appellant.— Appeal by defendant: (1) from an order of the County Court, Kings County, dated February 19, 1959, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court rendered December 4, 1946, convicting him, after a jury trial, of robbery in the first degree, grand larceny in the first degree and assault in the second degree, and sentencing him, as a second felony offender, to serve a term of 30 to 60 years; and (2) from an order of said court, dated March 16, 1960, denying defendant's motion for reargument of his *coram nobis* application. Order, dated February 19, 1959, affirmed. No opinion. Appeal from order, dated March 16, 1960, denying reargument, dismissed. No appeal lies from an order denying reargument. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.